# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN KAWAMOTO, | CASE NO. 1:11-CV-01308-MJS PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR SERVICE OF SUMMONS |
| v. | (ECF NO. 6) |
| DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff Darren Kawamoto is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. (Compl., ECF No. 1.) The Court has yet to screen the Complaint and order service.

Before the Court is Plaintiff's Motion for Service of Summons Upon All Defendants. (Motion for Service, ECF No. 6.)

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2).

The Court will direct the United States Marshal to serve Plaintiff's Complaint only

-1-

after the Court has screened it and determined that it contains cognizable claims for relief against the named Defendants. "Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that . . . the action or appeal . . . fails to state a claim upon which relief may be granted." 28 U.S.C. § 1915(e)(2)(B)(ii).

Plaintiff's Compliant is in line for screening. However, the Court has a large number of prisoner civil rights cases pending before it and will screen Plaintiff's Complaint in due course. Until such time as the Court has screened Plaintiff's Complaint, no further action is required.

Accordingly, the Court will not order service for the reasons described above. Plaintiff's Motion for Service (ECF No. 6) is DENIED.

IT IS SO ORDERED.

Dated:   July 5, 2012           /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE