IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN KAWAMOTO, | CASE No. 1:11-cv-01308-MJS (PC) |
| Plaintiff, | ORDER DIRECTING CLERK TO RE-ISSUE SERVICE DOCUMENTS AND GRANTING PLAINTIFF AN EXTENSION OF TIME TO COMPLETE AND RETURN SERVICE DOCUMENTS |
| vs. | |
| DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | (ECF Nos. 8 & 11) |
| | DOCUMENTS DUE IN THIRTY DAYS |
| Defendants. | |

Plaintiff Darren Kawamoto is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed August 8, 2011 pursuant to 42 U.S.C. § 1983. (Compl., ECF No. 1.) Plaintiff consented to Magistrate Judge jurisdiction. (Consent, ECF No. 5.)

On September 26, 2012, the Court screened Plaintiff's Complaint, found cognizable claims against Defendants named therein for violation of Plaintiff's rights afforded by the Fourteenth Amendment, the Americans with Disabilities Act, and the

-1-

Rehabilitation Act, and ordered Plaintiff to complete and return service documents within thirty days. (Order Cogniz. Claims, ECF No. 8.) On October 18, 2012, Plaintiff filed a Motion Requesting a Time Extension to complete and return service documents (Mot. Req. Ext. Time, ECF No. 9), which the Court granted, allowing him until November 26, 2012 to complete and return service documents. (Order Granting Ext. Time, ECF No. 10.) On October 31, 2012, Plaintiff filed a Motion for Additional Summons and USM-285 Forms, which the Courts construes as a motion for re-issuance of service documents lost during his recent transfer from the California Substance Abuse and Treatment Facility-Corcoran CA, to Salinas Valley State Prison.

    Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, Plaintiff's motion for re-issuance of service documents is GRANTED, along with an extension of time to complete and return such service documents, such that:

1. The Clerk of the Court shall re-issue to Plaintiff eight (8) USM-285 forms, eight (8) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the Complaint filed August 8, 2011.
2. Within thirty (30) days from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:
    a. Completed summons;
    b. One completed USM-285 form for each Defendant; and
    c. Nine (9) copies of the endorsed Complaint filed August 8, 2011.
3. Plaintiff need not attempt service on the Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the Defendants pursuant to Federal Rule of Civil Procedure 4 without

1       payment of costs.

2    4.    Plaintiff's failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   November 2, 2012       /s/ *Michael J. Seng*
                                           UNITED STATES MAGISTRATE JUDGE

-3-