# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN KAWAMOTO,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF CORRECTIONS<br>AND REHABILITATION, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE No. 1:11-cv-01308-MJS　(PC)<br><br>ORDER MODIFYING SERVICE ORDERS<br><br>(ECF Nos. 8, 19) |

　　　Plaintiff Darren Kawamoto is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed August 8, 2011 pursuant to 42 U.S.C. § 1983. (ECF No. 1.)

　　　This matter proceeds on the Complaint for alleged violation of the Due Process Clause of the Fourteenth Amendment, the Americans with Disabilities Act (ADA) and

-1-

the Rehabilitation Act (RA) by Defendants (1) Department of Corrections and Rehabilitation (CDCR); (2) Director of CDCR; (3) Kathleen Allison, Warden, California Substance Abuse Treatment Facility and State Prison at Corcoran ("Corcoran"); (4) B. Sullivan, Appeals Examiner, Inmate Appeals Branch, CDCR; (5) D. Foston, Chief, Inmate Appeals Branch, CDCR: (6) C.M. Heck, Associate Governmental Program Analyst; (7) J. Lines, Supervisor of Building Trades and Americans with Disabilities Act Liaison, Corcoran; and (8) J. Prud'Homme, Associate Warden, Corcoran.

The Court previously ordered service of the Complaint upon all the above Defendants. (ECF Nos. 8, 19.) However, the Marshal can not serve unknown Defendants. Fed. R. Civ. P. 4. Plaintiff has not amended the Complaint to name an individual to be served as "Director of CDCR." It appears CDCR has multiple Directors. If Plaintiff wishes to proceed against Defendant "Director of CDCR" he must file an amendment to the Complaint providing the name of the individual. Fed. R. Civ. P. 15.

Accordingly, it is HEREBY ORDERED that the Court's previously issued Service Orders (ECF Nos. 8, 19) are AMENDED such that Defendant Director of CDCR is stricken from the list of Defendants to be served thereunder. The Court will issue any appropriate further service order if and when Plaintiff amends his pleading to name an individual liable for service thereunder.

IT IS SO ORDERED.

Dated:   April 8, 2013           /s/ *Michael J. Seng*

1    UNITED STATES MAGISTRATE JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27