UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN KAWAMOTO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　Defendants. | CASE No. 1:11-cv-01308-LJO-MJS<br><br>ORDER DENYING PLAINTIFF'S MOTION REQUESTING A RULING<br><br>(ECF No. 35) |

　　　　Plaintiff Darren Kawamoto is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On December 30, 2013, Plaintiff filed a motion requesting the Court resolve the Defendants' pending motion to dismiss. (ECF No. 35.) The Court issued findings and recommendations on March 31, 2014 recommending that the motion to dismiss be denied.  (ECF No. 40.)  The findings and recommendations were adopted in part on July 9, 2014.  (ECF No. 43.)

　　　　The motion to dismiss having been addressed, Plaintiff's request for a ruling is HEREBY DENIED as moot.

IT IS SO ORDERED.

　　Dated:　　July 9, 2014　　　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1