# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

DARREN KAWAMOTO,

      Plaintiff,

v.

DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,

      Defendants.

CASE No. 1:11-cv-01308-LJO-MJS

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Darren Kawamoto, CDCR # AA-5090, a necessary and material witness in a settlement conference in this case on November 6, 2014, is confined in the Richard J. Donovan Correctional Facility, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman, to appear by telephone at the Richard J. Donovan Correctional Facility, on Thursday, November 6, 2014 at 1:00 p.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate by telephone before the United States District Court at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Richard J. Donovan Correctional Facility, 480 Alta Road, San Diego, California, 92179:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Newman at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: October 6, 2014

/s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE