UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN KAWAMOTO,<br><br>  Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>  Defendants. | CASE No. 1:11-cv-01308-LJO-MJS<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS CASE PURSUANT TO STIPULATION FOR VOLUNTARY DISMISSAL<br><br>(ECF No. 55) |

On November 12, 2014, the parties stipulated to a dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 55.) In accordance with the parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated:    November 14, 2014              /s/ *Michael J. Seng*
                                                                UNITED STATES MAGISTRATE JUDGE

1